Frank R. Cummings and Mary F. Cummings, appellants, v. George W. Torpe, appellee. Gen. No. 37,402.

Opinion filed April 10, 1935.
Packard, Barnes, McCaughey & Schumacher, for appellants. Herman Smith, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Florence Horwitz, also known and described as Mrs. Hans Pakula, appellee, v. Great American Insurance Company of New York, appellant. Gen. No. 37,445.

Opinion filed April 10, 1935.
Ekern & Meyers, for appellant; Russell H. Matthias and Luther F. Binkley, of counsel. Soble, Spira & Langeluttig, for appellee; Hirsch E. Soble and Albert Langeluttig, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Clara Rogers, appellee, v. City of Chicago, appellant. Gen. No. 37,460.

Opinion filed April 10, 1935.
William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; Quin O'Brien and James Danaher, Assistant Corporation Counsel, of counsel. Frederick A. Gariepy and Owen Rall, for appellee.

Mr. Justice Hall delivered the opinion of the court.